88-CP-26-1747

NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY, Respondent v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Edwin C. Jones and J. Donnie Cox, of whom State Farm Mutual Automobile Insurance Company is the Petitioner.

(411 S.E. (2d) 425)

Supreme Court

*Linda Weeks Gwin,* Conway, *for petitioner.*

*J. Dwight Hudson,* Myrtle Beach, *for respondent.*

Oct. 30, 1991.

## ORDER OF DISMISSAL

The Respondent represented by J. Dwight Hudson and the Petitioner represented by Linda Weeks Gwin came before this Court and announced that the above-captioned action had been settled. Therefore, it is

Ordered, adjudged and decreed that the above-captioned action is hereby dismissed with prejudice.